**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000383
09-JUL-2024
10:28 AM
Dkt. 48 ODMR**

NO. CAAP-23-0000383

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KIAʻI WAI O WAIʻALEʻALE, an unincorporated association;
FRIENDS OF MĀHĀʻULEPŪ, a nonprofit corporation,
Plaintiffs-Appellants/Appellees,
v.
BOARD OF LAND AND NATURAL RESOURCES,
STATE OF HAWAIʻI, Defendant-Appellee/Appellant,
and
KAUAʻI ISLAND UTILITY COOPERATIVE, a domestic cooperative
association, Defendant-Appellee/Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-22-0000015)

ORDER
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the Motion for Reconsideration filed by **Kiaʻi Wai** o Waiʻaleʻale and **Friends** of Māhāʻulepū on July 3, 2024, the papers in support, and the record, it appears that the Motion for Reconsideration presents no point of law or fact we overlooked or misapprehended. See Rule 40(b), Hawaiʻi Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, July 9, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge